Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Christopher Varas (Bar No. 257080)
E-Mail: cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
ZYNGA INC.

IT IS SO ORDERED
Judge Edward J. Davila
9/4/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZYNGA INC., a Delaware Corporation, | CASE NO.: CV 12-02236 EJD |
| Plaintiff, | **NOTICE OF DISMISSAL OF CLAIMS WITH PREJUDICE UPON CONSENT** |
| v. | |
| KOBOJO SAS, a French business entity, | |
| Defendant. | |

CASE NO. CV 12-02236 EJD
NOTICE OF DISMISSAL OF CLAIMS WITH
PREJUDICE UPON CONSENT

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1) and with the consent of both parties,

2  Plaintiff Zynga Inc. hereby voluntarily dismisses the instant action in its entirety with prejudice.

3  Kobojo SAS has not filed an answer or a motion for summary judgment in this matter.  *See* Fed. R.

4  Civ. P. 41(a)(1).  Each party shall bear its own fees and costs incurred in connection therewith.

5  The Clerk shall close this file.

6                                        KEATS McFARLAND & WILSON LLP

7

8  Dated:  August 31, 2012                     By:/s/Christopher T. Varas

                                                                  Christopher T. Varas
                                                                  Attorneys for Plaintiff
                                                                  ZYNGA INC.

- 1 -

CASE NO. CV 12-02236 EJD
NOTICE OF DISMISSAL OF CLAIMS WITH
PREJUDICE UPON CONSENT